FILED
CLERK, U.S. DISTRICT COURT
MAY 2 8 2014
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JUAN LOPEZ<br><br>　　　　　　Defendant. | CR 11-0609 PA<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/ Supervised Release Conditions) |

　　On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

　　The court finds no condition or combination of conditions that will reasonably assure:

　　(A) ☒ the appearance of defendant as required; and/or
　　(B) ☒ the safety of any person or the community.

//
//

The court concludes:

A.  (X)  Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_he will refrain from criminal conduct. Defendants violations with SR support a finding of danger. Also, defendants criminal history_

(B)  (X)  Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_he will comply w/ conditions Also, no bail resources were offered._

IT IS ORDERED that defendant be detained.

DATED: 5/28/14

/s/ S. H. Segal
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE